IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BRYAN,

     Petitioner,                   No. CIV S-03-1702 DFL PAN P

    vs.

TOM CAREY,

     Respondent.              ORDER

_____/

     Petitioner has requested an extension of time to file and serve an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's June 6, 2006 motion for an extension of time is granted; and

     2. Petitioner shall file a motion for leave to amend together with a proposed amended petition for writ of habeas corpus on or before July 10, 2006.

DATED: June 15, 2006.

                                         UNITED STATES MAGISTRATE JUDGE

12/mp
brya1702.111