IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BRYAN,

    Petitioner,                    No. CIV S 03-1702 DFL EFB P

    vs.

TOM CAREY,

    Respondent.                  ORDER

_____/

    Petitioner is a prisoner, without counsel, seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He requests appointment of counsel. There is no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A.

    The court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, petitioner's September 27, 2006, request for appointment of counsel is denied.

    So ordered.

DATED: November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE