IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BRYAN,

    Petitioner,                      No. CIV S-03-1702 DFL EFB P

    vs.

TOM CAREY, Warden,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 12, 2006, respondent requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's October 12, 2006, request is granted and respondent has 30 days from the date this order is served to file and serve a response to the petition.

Dated: November 8, 2006.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE